**AFFIRM; and Opinion Filed May 31, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00666-CR

**JAMES MATTHEW SIMMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-41217-Y**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

James Matthew Simmons waived a jury and pleaded guilty to intoxication manslaughter.

*See* TEX. PENAL CODE ANN. § 49.08(a) (West 2011). Pursuant to a plea agreement, the trial court

assessed punishment at ten years' imprisonment, probated for ten years, and a $2,000 fine. The

State later moved to revoke Simmons' community supervision, alleging he violated several

conditions of the community supervision. The trial court found the State's allegations true,

revoked Simmons' community supervision, and assessed punishment at seven years'

imprisonment. On appeal, Simmons' attorney filed a brief in which she concludes the appeal is

wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*,

386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to Simmons. We advised Simmons of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment revoking community supervision.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120666F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES MATTHEW SIMMONS,
Appellant

No. 05-12-00666-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F10-41217-Y).

Opinion delivered by Justice Fillmore,
Justices O'Neill and Francis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 31, 2013.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE